FILED by **TM** D.C.
ELECTRONIC

Jun 30, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-80111-CR-HURLEY/VITUNAC

CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(B)(i)
8 U.S.C. § 1324(a)(1)(B)(iii)
8 U.S.C. § 1324(a)(1)(B)(iv)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1327
18 U.S.C. § 2237(a)(1)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

TARRAN MAYNARD,
ANDREW SMITH,
a/k/a "Lennox Cross,"
a/k/a "Lennoy Cross,"
a/k/a "Paul Jones,"
a/k/a "Garfield Thomas,"
a/k/a "Biggs,"
ANTHONY SMITH,
BASIL BARKER,
a/k/a "Long Dog Barker,"
a/k/a "Simon Anabery Niles,"
PATRICK CAMPBELL,
GARY MITCHELL

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-9

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

**TARRAN MAYNARD,**

for the purpose of commercial advantage and private financial gain, did knowingly encourage and induce an alien, as set forth in Counts 1-9 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 1 | **Andrew Smith** |
| 2 | **Anthony Smith** |
| 3 | **Basil Barker** |
| 4 | **Patrick Campbell** |
| 5 | **Gary Mitchell** |
| 6 | **Nickardo Bailey** |
| 7 | **Edwige Silvain** |
| 8 | **A.C., a minor child** |
| 9 | **F.P., a minor child** |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i).

## COUNT 10

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

**TARRAN MAYNARD,**

did knowingly encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to and entry is and will be in violation of law, with said conduct causing serious bodily injury to Shoudna Charles.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(iii).

## COUNT 11

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

**TARRAN MAYNARD,**

did knowingly encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to and entry is and will be in violation of law, with said conduct resulting in the death of a Jeanne Pierre.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(iv).

## COUNTS 12-22

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

**TARRAN MAYNARD,**

did knowingly attempt to bring an alien, as set forth in Counts 12-22 below, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter and reside in the United States, regardless of any official action which might later be taken with respect to such alien:

| Count | Alien |
| --- | --- |
| 12 | Andrew Smith |
| 13 | Anthony Smith |
| 14 | Basil Barker |
| 15 | Patrick Campbell |
| 16 | Gary Mitchell |
| 17 | Nickardo Bailey |
| 18 | Edwige Silvain |
| 19 | A.C., a minor child |
| 20 | F.P., a minor child |
| 21 | Shoudna Charles |
| 22 | Jeanne Pierre |

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNTS 23-27

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

TARRAN MAYNARD,

did knowingly aid and assist an alien, as set forth in Counts 23-27 below, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony:

| Count | Alien |
|---|---|
| 23 | Andrew Smith |
| 24 | Anthony Smith |
| 25 | Basil Barker |
| 26 | Patrick Campbell |
| 27 | Gary Mitchell |

In violation of Title 8, United States Code, Section 1327.

## COUNTS 28

On or about June 14, 2011, on a vessel subject to the jurisdiction of the United States, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant,

TARRAN MAYNARD,

being the master, operator, and person in charge of the vessel, did knowingly fail to obey an order by authorized Federal law enforcement officers to heave to that vessel, in violation of Title 18, United States Code, Section 2237(a)(1).

## COUNT 29

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant

**ANDREW SMITH,**
a/k/a "Lennox Cross,"
a/k/a "Lennoy Cross,"
a/k/a "Paul Jones,"
a/k/a "Garfield Thomas,"
a/k/a "Biggs,"

an alien, having previously been deported and removed from the United States on or about April 26, 2011, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT 30

On or about April 26, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant

**ANTHONY SMITH,**

an alien, having previously been deported and removed from the United States on or about May 24, 2007, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying

for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT 31

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant

**BASIL BARKER,**
a/k/a "Long Dog Barker,"
a/k/a "Simon Anabery Niles,"

an alien, having previously been deported and removed from the United States on or about November 8, 1999, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT 32

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant

**PATRICK CAMPBELL,**

an alien, having previously been deported and removed from the United States on or about February 25, 2010, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United

States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT 33

On or about June 14, 2011, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district in which the offender was first brought, the defendant

## GARY MITCHELL,

an alien, having previously been deported and removed from the United States on or about March 19, 2005, did attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## CRIMINAL FORFEITURE

Upon conviction of the violations alleged in Counts 1 through 22 of this Indictment, the defendant **TARRAN MAYNARD**, shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the violation, and any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the violation, or that is used to facilitate, or is intended to be used to facilitate, the commission of the violation.

Pursuant to Title 18, United States Code, Section 982(a)(6).

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant **TARRAN MAYNARD**,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 18 United States Code, Section 982, and Title 21 United States Code, Section 853.

**A TRUE BILL**

_____
**FOREPERSON**

_____
**WIFREDO A. FERRER**
**UNITED STATES ATTORNEY**

_____
**BRANDY BRENTARI GALLER**
**ASSISTANT UNITED STATES ATTORNEY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

TARRAN MAYNARD, ANDREW SMITH          **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a , "Lennox Cross," a/k/a "Lennoy Cross,"
a/k/a "Paul Jones," a/k/a "Garfield Thomas,"
a/k/a "Biggs," ANTHONY SMITH, BASIL BARKER,
a/k/a "Long Dog Barker," a/k/a "Simon Anabery Niles,"
PATRICK CAMPBELL, GARY MITCHELL,

           **Defendants.**                         **Superseding Case Information:**
_____/


**Court Division**: (Select One)          New Defendant(s)        Yes ____   No ____
                                          Number of New Defendants ____
____ Miami   ____ Key West                Total number of counts ____
____ FTL   _x_ WPB   ____ FTP

   I do hereby certify that:

   1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

   3.   Interpreter:   (Yes or No)   _NO_
        List language and/or dialect  _____

   4.   This case will take   _2-3_   days for the parties to try.

   5.   Please check appropriate category and type of offense listed below:

        (Check only one)                    (Check only one)

        I    0 to 5 days       _x_         Petty     ____
        II   6 to 10 days      ____        Minor     ____
        III  11 to 20 days     ____        Misdem.   ____
        IV   21 to 60 days     ____        Felony    _x_
        V    61 days and over  ____

   6.   Has this case been previously filed in this District Court? (Yes or No)   _No_
        If yes:
        Judge: _____          Case No. _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?    (Yes or No)   _YES_
        If yes:
        Magistrate Case No.              11-8219; 11-8220; 11-8221; 11-8222; 11-8223; 11-8224
        Related Miscellaneous numbers:   N/A
        Defendant(s) in federal custody as of   6/15/11
        Defendant(s) in state custody as of     N/A
        Rule 20 from the _____   District of _____

        Is this a potential death penalty case? (Yes or No)   _No_

   7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _x_ No

   8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _x_ No


                                     _____
                                     BRANDY BRENTARI GALLER
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Admin. No. A5501296

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>TARRAN MAYNARD</u>

**Case No**:_____

Count # 1-9:    <u>Encourage and Induce Aliens to enter into the United States for commercial advantage and private gain</u>

<u>8 U.S.C. § 1324(a)(1)(A)(iv) and § 1324(a)(1)(B)(i)</u>

\* **Max. Penalty**: <u>10 years Imprisonment; $250,000.00 Fine; 3 years Supervised Release</u>

Counts # 10:   <u>Encourage and Induce Aliens to Enter the United States causing serious bodily injury</u>

<u>8 U.S.C. § 1324(a)(1)(A)(iv) and § 1324(a)(1)(B)(iii)</u>

\***Max. Penalty**: <u>20 years Imprisonment; $250,000.00 Fine; 3 years Supervised Release</u>

Count # 11:    <u>Encourage and Induce Aliens to Enter the United States resulting in death</u>

<u>8 U.S.C. § 1324(a)(1)(A)(iv) and § 1324(a)(1)(B)(iv)</u>

\***Max. Penalty**: <u>Life Imprisonment or Death; $250,000.00 Fine; 5 years Supervised Release</u>

Count # 12-22: <u>Attempting to bring Aliens into the United States for commercial advantage and private gain</u>

<u>8 U.S.C. § 1324(a)(2)(B)(ii)</u>

\***Max. Penalty**: <u>3-10 Years Imprisonment for first or second violation; 5-15 Years Imprisonment for any other violation; $250,000.00 Fine; 3 years Supervised Release</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count # 23-27: Aiding and Assisting an aggravated felon to enter the United States

        8 U.S.C. § 1327

**\*Max. Penalty:**  10 Years Imprisonment; $250,000.00 Fine; 3 years Supervised Release

Count # 28:    Failure to Heave

        18 U.S.C. § 2237(a)(1)

**\*Max. Penalty:**  5 Years Imprisonment; $250,000.00 Fine; 1 year Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ANDREW SMITH, a/k/a "Lennox Cross," a/k/a "Lennoy Cross," a/k/a "Paul Jones," a/k/a "Garfield Thomas," a/k/a "Biggs,"**

**Case No:** _____

Count # 29:   Attempted Illegal Reentry by Aggravated Felon

8 U.S.C. § 1326(a) and (b)(2);

**\*Max. Penalty:**   20 years Imprisonment; $250,000.00 Fine
                     3 years Supervised Release

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ANTHONY SMITH</u>

**Case No**:_____

Count # 30:   <u>Attempted Illegal Reentry by Aggravated Felon</u>

<u>8 U.S.C. § 1326(a) and (b)(2)</u>

*****Max. Penalty**:     20 years Imprisonment; $250,000.00 Fine
                         3 years Supervised Release

Count #:

*****Max. Penalty**:

*****Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>BASIL BARKER, a/k/a "Long Dog Barker," a/k/a Simon Anabery Niles,"</u>

**Case No:** _____

Count # 31:   Attempted Illegal Reentry by Aggravated Felon

  8 U.S.C. § 1326(a) and (b)(2)

**\*Max. Penalty:**   20 years Imprisonment; $250,000.00 Fine
   3 years Supervised Release

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **PATRICK CAMPBELL**

Case No:_____

Count # 32:   Attempted Illegal Reentry by Aggravated Felon

8 U.S.C. § 1326(a) and (b)(2);

*Max. Penalty:   20 years Imprisonment; $250,000.00 Fine
                 3 years Supervised Release

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>GARY MITCHELL</u>

Case No:_____

Count # 33: <u>Attempted Illegal Reentry by Aggravated Felon</u>

<u>8 U.S.C. § 1326(a) and (b)(2)</u>

**\*Max. Penalty**:  20 years Imprisonment; $250,000.00 Fine
                    3 years Supervised Release

Count #:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.